UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 10126 PBS

2004 JAN 20 P 3:39

| | |
|---|---|
| LEONCE DESTIN, Plaintiff, | ) ) ) ) |
| v. | ) DOCKET NO: |
| AMERICAN AIRLINES, INC. Defendant.   MAGISTRATE JUDGE Cohen | ) ) ) ) |

## NOTICE OF REMOVAL

The defendant, American Airlines, Inc., hereby petitions this Court that the above-entitled action, now pending against it in the Suffolk Superior Court, Civil Action No. SUCV2003-05499, be removed therefrom to this Court on the basis of federal question and diversity jurisdiction. 28 U.S.C. §§ 1331 and 1332. In support of this notice, the defendant states as follows:

1. On November 19, 2003, plaintiff filed its complaint but has not yet effected service.

2. The defendant, American Airlines, Inc., at the commencement of this suit, was and has since continued to be a Delaware corporation having its principal place of business in Fort Worth, Texas.

3. According to the allegations of the complaint, the plaintiff is an individual residing in Mattapan, Suffolk County, Massachusetts.

4. According to the allegations in the complaint, on or about November 20, 2000, the plaintiff was a passenger on an international flight operated by the defendant which was traveling from Miami to Port Au Prince, Haiti.

915944v1

5. This is a civil action in which the plaintiff claims negligence and seeks damages for physical pain and injury occurring during or as part of the international transportation.

6. This action is governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air (the Warsaw Convention), because the plaintiff is alleging that the defendant air carrier caused him to suffer personal injury while traveling on an international flight. 49 Stat. 3000, 876 U.N.T.S. 11 (1934), reprinted in 49 U.S.C. app. §40105 (1988).

7. Accordingly, the jurisdiction of this action is governed by 28 U.S.C. § 1331, which holds that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8. Further, the parties to this action are diverse. American Airlines is either a Texas or Delaware citizen while plaintiff is a citizen of Massachusetts. Accordingly, there exists diversity jurisdiction under 18 U.S.C. § 1332(a)(2).

9. Within thirty (30) days of the filing of this Notice of Removal, the defendant shall file certified or attested copies of all records and proceedings in the Suffolk Superior Court, and a certified or attested

915944v1

copy of all docket entries in the Suffolk Superior Court pursuant to L.R. 81.8 of this Court.

          Respectfully Submitted,
          The Defendant,
          AMERICAN AIRLINES, INC.,
          By their attorneys,

          MORRISON, MAHONEY & MILLER

          _____
          Tory A. Weigand, BBO #548553
          250 Summer Street
          Boston, MA 02210-1181
          (617) 439-7500

Dated: January __, 2004

915944v1