UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONCE DESTIN,<br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>Defendant. | DOCKET NO:<br><br>04 10126 PBS |

## DEFENDANT AMERICAN AIRLINES, INC.'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW COMES defendant American Airlines, Inc. ("American") and hereby moves to dismiss plaintiff, Leonce Destin's complaint pursuant to Rule 26 of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. As grounds for this motion, American submits that plaintiff's action is governed exclusively by the Convention for the Unification of Certain Rules relating to International Transportation by Air ("Warsaw Convention"), which requires any action for bodily injury be filed within two years of the incident. As plaintiff filed this action more than two years after the incident, it is time barred as a matter of law.

///

///

///

///

920355v1

American further refers and relies upon its accompanying memorandum of law submitted herewith.

                Respectfully Submitted,
                The Defendant,
                AMERICAN AIRLINES, INC.,
                By their attorneys,

                MORRISON, MAHONEY & MILLER

                _____
                Tory A. Weigand, BBO #548553
                250 Summer Street
                Boston, MA 02210-1181
                (617) 439-7500

Dated: January 20, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 1/20/04

_____
Tory A. Weigand

920355v1