UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leonce Destin
    Plaintiff,        CIVIL ACTION
                NO.  04-10126-PBS
  v.

American Airlines, Inc.
    Defendant.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                   January 23, 2004

  TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **March 8, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                   By the Court,


                     /s/ Robert C. Alba
                   Deputy Clerk


Copies to:  All Counsel