UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEONCE DESTIN,
    Plaintiff

v.

AMERICAN AIRLINES, INC.,
    Defendant

DOCKET NO. 04-10126-PBS

## PLAINTIFF'S ASSENTED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, AND TO CONTINUE BOTH THE HEARING ON THAT MOTION AND THE SCHEDULING CONFERENCE

Now comes the Plaintiff in the above-entitled matter and requests that this Honorable Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, and Continue both the Hearing on this Motion the Scheduling Conference thereon and states the following as reasons therefor:

1. Plaintiff filed a Complaint in this matter on November 19, 2003 in Suffolk Superior Court.

2. Defendant had the Complaint Removed to this Court on January 20, 2004.

3. On that date, Defendant also filed a Motion to Dismiss for Failure to State a Claim.

4. Since this is a complex matter involving international law and the Warsaw Convention, more time is necessary for the Plaintiff to respond to Defendant's Motion.

5. The Defendant has agreed to allow the Plaintiff until April 1, 2004 to respond to its Motion and to continue both the Hearing on the Motion and the Scheduling Conference until after that date.

WHEREFORE Plaintiff requests that he be allowed until April 1, 2004 to respond to Plaintiff's Motion to Dismiss and that both the Hearing on that Motion and the Scheduling Conference on this case be continued until after that date.

> Respectfully submitted,
> the Plaintiff by his attorney
>
> *[signature]*
>
> Michael Swartz, Esq.
> 225 Friend Street
> 5th Floor
> Boston, MA 02114
> (617) 523-3300
> BBO #: 549531

Assented to by:

*[signature]* Tory Weigand (MFS)
Tory A. Weigand
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
BBO #: 548553


Dated: January 29, 2004

**CERTIFICATE OF SERVICE**

    I, Michael Swartz, Esq. hereby certify that on this day I caused a copy of the Plaintiff's Assented Motion to Extend Time for Plaintiff to Respond to defendant's Motion to Dismiss, and to Continue both the Hearing on that Motion and the Scheduling Conference, through counsel by first class mail, postage prepaid, addressed to:

        Tory A. Weigand
        Morrison, Mahoney and Miller
        250 Summer Street
        Boston, MA  02210-1181

                              Michael Swartz, Esq.

Dated:   January 29, 2004