UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONCE DESTIN, <br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) DOCKET NO: 04-10126 PBS <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF FILING
## ALL PAPERS REQUIRED BY LOCAL RULE 8.1

I, Tory A. Weigand, attorney for the defendant, hereby affirm that the attached are certified copies of all records and proceedings in the Suffolk County Superior Court, including the filing of the Notice of Removal.

Respectfully Submitted,
The Defendant,
AMERICAN AIRLINES, INC.,
By their attorneys,

MORRISON, MAHONEY & MILLER

_____
Tory A. Weigand, BBO #548553
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on _____

_____
Tory A. Weigand

923009v1