## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LEONCE DESTIN,
      Plaintiff

v.

                                 DOCKET NO:04-10126-PBS

AMERICAN AIRLINES, INC.,
      Defendant

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Now comes the Plaintiff in the above-entitled matter and requests that this Honorable Court deny Defendant's Motion to Dismiss pursuant to Rule 26 of the Federal Rules of Civil Procedure on the grounds that the Defendant has not provided proof that the Plaintiff's claim is governed by the Unification of Certain Rules relating to International Transportation by Air ("Warsaw Convention") and further that if it is governed by the Warsaw Convention, the Plaintiff's action should not be barred by the Statute of Limitations contained therein.

The Plaintiff has attached his Memorandum of Law in support of its response.

Respectfully submitted,
the Plaintiff by his attorney

Michael Swartz, Esq.
225 Friend Street
5th Floor
Boston, MA 02114
(617) 523-3300
BBO #: 549531

Dated: April 1, 2004