UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONCE DESTIN,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)   DOCKET NO: 04-10126 PBS<br>)<br>)<br>)<br>) |

## JOINT SCHEDULING STATEMENT

Pursuant to Fed.R.Civ.P. 26(f), the parties, plaintiff Leonce Destin and defendant, American Airlines, Inc., hereby submit the following Joint Scheduling Statement.

1. **RULE 26(f) LOCAL RULE 16.1(1) CONFERENCE**

Counsel for the parties conferred regarding the nature and basis for their claims and defenses, the possibilities for any settlement or resolution of this case, the pending motion to dismiss and to develop this joint statement.

2. **PROPOSED CASE SCHEDULE**

| | | |
|---|---|---|
| 1. | Hearing on American Airlines, Inc.'s Motion to Dismiss | 04/12/04 |
| 2. | Parties Exchange Automatic Disclosure | within 60 days of ruling on motion to dismiss |
| 3. | Completion of Fact Discovery | 12/01/04 |
| 4. | Filing of Dispositive Motions | 01/17/05 |
| 5. | Plaintiff's Expert Disclosure Pursuant to Fed. Rule 26 | 02/01/04 |
| 6. | Defendant's Expert Disclosures Pursuant to Fed. Rule 26 | 03/01/04 |
| 7. | Completion of Expert Depositions | 05/03/05 |

928871v1

        8.   Final Pre-Trial Conference                                                   to be set by the court

**3.**    **OTHER MATTERS**

     a.   <u>Trial By Magistrate</u> – the parties do not consent to a trial by Magistrate.

     b.   <u>Certificate of Consultation</u> – the parties will file Certificates of Consultation with the Court.

Respectfully Submitted,                     Respectfully Submitted,
The Plaintiff,                              The Defendant,
LEONCE DESTIN,                     AMERICAN AIRLINES, INC.,
By his attorneys,                         By their attorneys,

/s/ Michael Swartz                      /s/ Tory A. Weigand
_____     _____
Michael Swartz, BBO #549531         Tory A. Weigand, BBO #548553
225 Friend Street                      MORRISON, MAHONEY & MILLER, LLP
5th Floor                                     250 Summer Street
Boston, MA 02114                    Boston, MA 02210-1181
(617) 523-3300                         (617) 439-7500

Dated: April 8, 2004

928871v1