UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONCE DESTIN,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)  DOCKET NO: 04-10126 PBS<br>)<br>)<br>)<br>) |

**MOTION OF THE DEFENDANT
AMERICAN AIRLINES, INC.'S FOR
LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS**

NOW COMES the defendant, American Airlines, Inc. ("American"), and respectfully requests leave to file the attached Reply Memorandum of Law in Support of American's pending motion to dismiss. As grounds for this motion for leave, American states that the plaintiff, Leonce Destin, raised various arguments in opposition to American's Motion to Dismiss which was based on the untimely filing of the plaintiff's complaint under the Warsaw Convention. American seeks to file the Reply Memorandum to specifically address each of the arguments raised by the plaintiff in its opposition and to provide the court with applicable and helpful authorities.

930182v1

WHEREFORE, the defendant, American Airlines, Inc., respectfully requests that its Motion for Leave to File the Attached Reply Memorandum of Law in Support of its Motion to Dismiss be **ALLOWED**.

    Respectfully Submitted,
The Defendant,
AMERICAN AIRLINES, INC.,
By their attorneys,

MORRISON, MAHONEY & MILLER

/s/ Tory A. Weigand
_____
Tory A. Weigand, BBO #548553
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by facsimile on  __**April 9, 2004**__

/s/  Tory A. Weigand
_____
Tory A. Weigand

930182v1