UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -4 P 2: 27

U.S. DISTRICT COURT MASS.

LEONCE DESTIN,
    Plaintiff

v.    DOCKET NO: 04-10126-PBS

AMERICAN AIRLINES, INC.,
    Defendant

FILING FEE PAID:
RECEIPT # 56857
AMOUNT $ 255.00
BY DPTY CLK
DATE 6/4/04

### NOTICE OF APPEAL

Notice is hereby given that Leonce Destin, the Plaintiff in the above named case, hereby appeals to the United States court of Appeals for the First Circuit from an Order allowing the Defendant's Motion to Dismiss entered in this action on the 7th day of May, 2004.

Respectfully submitted,

the Plaintiff by his attorney

Michael Swartz, Esq.
225 Friend Street
5th Floor
Boston, MA 02114
(617) 523-3300
BBO #: 549531

June 4, 2004