# United States Court of Appeals
## For the First Circuit

No. 04-1762

LEONCE DESTIN

Plaintiff - Appellant

v.

AMERICAN AIRLINES, INC.

Defendant - Appellee

**JUDGMENT**

**Entered: June 30, 2004**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARK R. SYSKA
By: _____
Chief Deputy Clerk

[cc: Michael F. Swartz, Esq. and Tory A. Wiegand, Esq.]